In the Matter of the CITY OF NEW YORK, Acting on Behalf of the New York City Housing Authority, Respondent, Relative to Acquiring Title to Lands Situated in the Area Bounded by Prince and Other Streets in the Borough of Brooklyn, Pursuant to a Plan Determined upon by said New York City Housing Authority (Fort Greene Houses). BROOKLYN UNION GAS COMPANY, Appellant.

Argued November 17, 1943; decided January 6, 1944.

*Jackson A. Dykman, Augustus J. Wheeler* and *Dimitri G. Eristoff* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel* (*Herman Horowitz* and *Murray Sendler* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.